UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID L. CLARKE,

                    Plaintiff,

        -against-

THOMAS KNADLER, *et al.*,

                    Defendants.

19-CV-7823 (CM)

CIVIL JUDGMENT

Pursuant to the order issued December 4, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    December 4, 2019
           New York, New York

_____
           COLLEEN McMAHON
        Chief United States District Judge